COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-189-CV

IN RE STONE & WEBSTER, INC., RELATORS

THE SHAW GROUP INC., 

AND ERNST & YOUNG LLP 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.  We vacate our corrected order of June 10, 2005.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: GARDNER, J.; CAYCE, C.J.; and WALKER, JJ.

DELIVERED: July 12, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.